**Opinion issued September 13, 2012**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-12-00158-CV

———————————

**BETTY JO TAYLOR AND WILLIAM M. TAYLOR, Appellants**

**V.**

**HARRIS COUNTY, Appellee**

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 995209**

---

## MEMORANDUM OPINION

The parties have filed a joint motion to dismiss the appeal, requesting that

the Court render judgment effectuating the parties' settlement agreement.

Texas Rule of Appellate Procedure 42.1, which governs voluntary dismissal in civil cases, provides, in pertinent part, that an appellate court may, "[i]n accordance with an agreement signed by the parties or their attorneys and filed with the clerk, . . . render judgment effectuating the parties' agreement." *See* TEX. R. APP. P. 42.1(a)(2)(A).

In accordance with Rule 42.1, the parties have filed with the Clerk of this Court a signed agreement that states as follows:

> Appellants Betty and William Taylor shall pay the sum of $1,200 by 5:00 p.m. on August 31, 2012, in full and final settlement of this matter. Appellants shall be given one notice of default via certified mail with a 10-day opportunity to sure (from the date of the notice) should the settlement funds not be received by August 31, 2012. Should Appellants fail to make the settlement payment by August 31, 2012, or cure after one 10-day notice of default, then the judgment previously signed by the trial court on November 8, 2011, shall be given full force and effect.
>
> A release of judgment will be provided once the settlement funds (of the full judgment amount, if applicable) have cleared.

Accordingly, we grant the motion and render judgment effectuating the parties' agreement. *See id.* No opinion has issued. *See* TEX. R. APP. P. 42.1(c). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Jennings and Keyes.